# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

203

TP 13-01575

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, LINDLEY, AND WHALEN, JJ.

---

IN THE MATTER OF ANTHONY J. HENSEL, PETITIONER,

V                                                    MEMORANDUM AND ORDER

CITY OF UTICA, CITY OF UTICA POLICE DEPARTMENT
AND ANDREW V. LALONDE, AS DESIGNATED HEARING
OFFICER UNDER § 2-19-98 OF CITY OF UTICA CODE,
RESPONDENTS.

---

THE TUTTLE LAW FIRM, LATHAM (JAMES B. TUTTLE OF COUNSEL), FOR
PETITIONER.

MARK C. CURLEY, CORPORATION COUNSEL, UTICA (ARMOND J. FESTINE OF
COUNSEL), FOR RESPONDENTS.

---

Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by a corrected order of the Supreme Court, Oneida County
[David A. Murad, J.], entered August 19, 2013) to review a
determination of respondents. The determination denied petitioner's
application for General Municipal Law § 207-c benefits.

It is hereby ORDERED that the determination is unanimously
confirmed without costs and the petition is dismissed.

Memorandum: Petitioner commenced this CPLR article 78 proceeding
seeking to annul the determination that he is not entitled to General
Municipal Law § 207-c benefits. Petitioner was injured on March 9,
2008 while on duty as a police officer when he slipped on ice on the
roadway and fell. Petitioner received General Municipal Law § 207-c
benefits until June 2009, when he returned to work in a light-duty
capacity. Petitioner returned to full duty later that year but, in
January 2012, he stopped working and sought to resume the section 207-
c benefits. After a hearing, the Hearing Officer determined that
petitioner could perform the duties of a police officer and denied his
application. We agree with respondents that the Hearing Officer's
determination that petitioner was able to perform his regular duties
is supported by substantial evidence (*see generally Matter of Clouse v
Allegany County*, 46 AD3d 1381, 1381-1382; *Matter of Bernhard v
Hartsdale Fire Dist.*, 226 AD2d 715, 716-717). We have considered
petitioner's remaining contentions and conclude that they are without
merit.

Entered:  March 21, 2014                   Frances E. Cafarell
                                           Clerk of the Court